In the matter of the probate of the will of FREDERICK S. BENSON, deceased.

[Decided April 28th, 1922.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Griffin, whose opinion is reported in *92 N. J. Eq. 618.*

*Messrs. Heyman & Heyman,* for the appellant.

*Messrs. Wall, Haight, Carey & Hartpence,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Griffin.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK—15.

*For reversal*—None.